Shane W. Tseng (State Bar No. 200597)
stseng@prosperalaw.com
PROSPERA LAW, LLP
1901 Avenue of the Stars, Suite 480
Los Angeles, California 90067
Telephone:   (424) 239-1890
Facsimile:   (424) 239-1882

Attorneys for Plaintiff
BLOOMNATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLOOMNATION, INC., a Delaware corporation, | Case No.: |
| Plaintiff, | COMPLAINT FOR: |
| vs. | 1)   TRADE LIBEL;<br>2)   TORTIOUS INTERFERENCE WITH CONTRACTUAL RELATIONS; AND |
| BLOOMERANG SOLUTIONS LLC, a Florida limited liability company, ART CONFORTI, an individual, and DOES 1-20, inclusive, | 3)   CALIFORNIA BUSINESS & PROFESSIONS CODE § 17200 |
| Defendants. | |

1
COMPLAINT

Plaintiff BloomNation, Inc. ("BloomNation") hereby alleges:

**I.      INTRODUCTION**

1.      BloomNation is a leading online e-commerce company that provides an online marketplace, back office, and point-of-sale services for over 3,000 independent florists across the country.  BloomNation assists its local florist clients in highlighting their unique products and to better connect to its customer base. Defendant Bloomerang Solutions LLC ("Bloomerang Solutions") is a competitor of BloomNation, based in Sarasota, Florida.  Bloomerang Solutions is owned by defendant Art Conforti ("Conforti").  Instead of competing with BloomNation lawfully, Bloomerang Solutions has engaged a campaign of making false and misleading public statements about BloomNation in YouTube videos and direct email solicitations to BloomNation customers.  Specifically, Bloomerang Solutions falsely states that BloomNation—which is not a florist or sells any floral products itself—competes with its own clients for business and steals their business and charges its clients 18% for all purchases on its platform.

2.      BloomNation has asked that Bloomerang Solutions cease its unlawful campaign, but it has refused.  Moreover, BloomNation has informed Bloomerang Solutions and Conforti that their statements are demonstrably false and despite that knowledge, they have failed to remove their false statements from YouTube. Moreover, other competitors of BloomNation have used Defendants' knowingly and/or recklessly false YouTube videos to steer current and potential clients away from BloomNation.  BloomNation is therefore forced to bring this action.

**II.     THE PARTIES**

3.      BloomNation is a corporation formed and operating under the laws of Delaware and its principal offices are located in Santa Monica, California.

4.      Bloomerang Solutions is a limited liability company formed and operating under the laws of Florida and its principal offices are located in Sarasota, Florida.

COMPLAINT

5.    Conforti is an individual that works and resides in Sarasota, Florida.

6.    The true names and capacities of Does 1 through 20, inclusive, whether individual, corporate, associate or otherwise are unknown to BloomNation and therefore, it therefore sues said defendants by such fictitious names.  BloomNation will amend the complaint to show these defendants' true names, capacities and conduct, once ascertained.  Each Doe defendant is liable for the loss suffered by BloomNation as set forth hereinafter, or their inclusion in this action is otherwise necessary for the granting of effective relief.

## III.    JURISDICTION

7.    This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332.  This action is between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

8.    Venue in this judicial district is proper under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to this action occurred in this district.

## IV.    FACTUAL ALLEGATIONS

9.    Bloomerang Solutions' President, Conforti, has published videos on YouTube.com, in which he knowingly and intentionally misrepresent that BloomNation, among other things, charges its client's 18% for all purchases on its platform, "hijack[s] client customers" and "glow[s] its business at [its clients'] expense."  Conforti also claimed that BloomNation and its clients "are a cult." Links to examples of these videos are:

- GOTHCA By BloomNation. Sugar Magnolia and Charmes BloomNation websites (July 4, 2025)
- BloomNation using Flora Savage in New Orleans to get orders, THEIR orders! (September 28, 2022)

10.    The basis of Conforti's false and/or disparaging statements is based on the websites that BloomNation helps set up for its clients, specifically the webpage

3

COMPLAINT

on which clients' reviews are listed. In his videos, Conforti finds fault that the reviews of BloomNation's clients are housed on bloomnation.com, instead of the clients' own websites. In other words, a website visitor who clicks the link for "reviews" on a BloomNation client's website will be connected to a bloomnation.com webpage, instead of the client's own website.

11. For context, BloomNation helps its clients establish two websites, one which bears the clients' own domain (but BloomNation hosts) and one bloomnation.com website, in which essential information relating to the business is kept. Customer reviews are listed on the bloomnation.com website, along with contact information for the clients (including hyperlinks to their own domain), product and pricing information, and delivery information. Clients also provide their own description of their business on the bloomnation.com website.

12. Conforti's intentional and/or reckless disparagement includes, but is not limited to the following:

     a.     BloomNation charges its clients' 18% for every purchase made through its platform;

     b.     BloomNation replaces its customers' storefront on its platform to its own;

     c.     Visitors cannot purchase products from BloomNation clients on the bloomnation.com website (yes, they can);

     d.     BloomNation is stealing its clients' reviews and business (no, it is not); and

     e.     BloomNation competes with its clients (no, it does not)

13. In addition to Conforti's YouTube videos, Bloomerang Solutions also targeted BloomNation's clients throughout the United States with emails, spreading the sale false and disparaging statements. For example, Bloomerang sent the following to a BloomNation client in California on July 2025:

What if your customer searched for your shop, saw your name, your address, your reviews — and thought they were ordering directly from you… …but the order went to someone else? This isn't a hypothetical. It's happening. Right now. BloomNation is building online listings that appear to represent your flower shop. But when a customer places an order, BloomNation can reroute it to another florist — sometimes even one of your competitors. You don't get the sale. You don't get the customer's info. You don't even know it happened. The customer thinks they supported you. But you were cut out of the transaction. That means: You lose the sale. You lose the repeat business. You lose the trust you worked years to build. BloomNation is quietly replacing your storefront with their own — using your identity, your reputation, and your customer base to build their business, not yours. This isn't partnership. It's hijacking. If you don't take control now, they will keep redirecting your customers — one by one — right before your eyes. This is your warning, now you are informed. The rest is up to you. Protect your brand. Protect your future.

14.    This message contains numerous knowingly or reckless false by Defendants.  For example, never has BloomNation directed the sales of one of its customers on its platform to another customer.  Moreover, BloomNation's platform, which supports its customers' online functionality in no way replaces its customers' storefront.

15.    Bloomerang also sent the following to a BloomNation client in North Carolina in July 2025:

Why would anyone allow the competition to be showing images on your website? BloomNation does.

If you are wondering, **"Did I hear this right?"** You did. **You won't believe your eyes.** If I had a Bloomnation website and I marketed people to shop, only to find that the offerings could be MY COMPETITORS, I would go into shock. Yes, my competition is ON MY WEB PAGE. I am doing the marketing to get a lead to my website, then the search shows my competition. What would you do? How would you react?

Both this email and YouTube video repeated the same falsehoods and/or disparaging statements.

16.    As a result of Bloomerang Solution's conduct, BloomNation has lost customers and business, the extent of which will be proven at trial.  BloomNation's competitors have also seized on Bloomerang Solution and Conforti's false

5
COMPLAINT

statements to conduct negative campaigns against BloomNation to steal its existing consumers.

17.    Prior to the filing of this lawsuit, counsel of BloomNation reached out to Bloomerang Solutions and Conforti and demanded that they cease and desist making false and/or misleading representations about BloomNation in YouTube videos and direct email solicitations to its existing clients.  BloomNation also demonstrated to Bloomerang Solutions and Conforti that their statements were demonstrably untrue, including but not limited to Conforti's claim that BloomNation charges its clients a fee of 18% of their sales – a facially absurd claim.  Conforti admitted that he had no direct knowledge or any direct facts supporting his claim that BloomNation charged its clients such an exorbitant fee and said he had purportedly heard it from a former BloomNation customer without ever investigating his claim any further.  Despite his direct knowledge from BloomNation that it has never charged a fee remotely close to 18%, Bloomerang and Conforti refused to remove its misrepresentation from YouTube and the Internet.

## V.    CLAIMS FOR RELIEF

### COUNT ONE – TRADE LIBEL

### (Against All Defendants)

18.    BloomNation refers to, realleges, and incorporates by reference every allegation set in paragraph 1 through 17 as if fully set forth herein.

19.    Defendants have made false and defamatory statements disparaging BloomNation to BloomNation clients and clients, and that Defendants knew that such statements mere false at the time they were made.

20.    BloomNation has suffered injury and damage to its business and goodwill and the loss of clients and potential clients, the extent and amount of which will be proven at trial.

COMPLAINT

21.    The foregoing conduct of Defendants constitutes fraud, oppression and malice.  As such, BloomNation is entitled to obtain punitive damages in an amount sufficient to punish and deter Defendants from such wrongful acts in the future.

## COUNT TWO – TORTIOUS INTERFERENCE
## WITH CONTRACTUAL RELATIONS
### (Against All Defendants)

22.    BloomNation refers to, realleges, and incorporates by reference every allegation set in paragraph 1 through 17 as if fully set forth herein.

23.    A valid contract exists between BloomNation and its clients.

24.    Defendants knew of the existence of BloomNation's contractual relations with its clients.

25.    Defendants intentionally took steps to interrupt BloomNation's contractual relations with its clients.

26.    Defendants' actions caused BloomNation's clients to breach their contracts with BloomNation.

27.    BloomNation has suffered injury and damage as a result of Defendants' interference, the extent and amount of which will be proven at trial.

## COUNT THREE – CALIFORNIA BUS. & PROF. CODE § 17200
### (Against All Defendants)

28.    BloomNation refers to, realleges, and incorporates by reference every allegation set in paragraph 1 through 16 as if fully set forth herein.

29.    The foregoing conduct of Defendants constitutes acts of unfair competition, as defined by California Business & Professions Code § 17200 *et seq.*

30.    BloomNation is entitled to injunctive relief against each of the Defendants, pursuant to California Business & Professions Code § 17203, enjoining each of them from engaging in further acts of unfair competition.

31.    BloomNation is further entitled to restitution relief pursuant to California Business & Professions Code § 17203 in the form of disgorgement of any

COMPLAINT

ill-gotten gains acquired by each of the Defendants arising from their acts of unfair competition.

## VI.   PRAYER FOR RELIEF

Wherefore, BloomNation prays for judgment against Defendants as follows:

1.   For the First and Second Counts, damages according to proof;

2.   For the First Count, punitive damages;

3.   For the First, Second, and Third Counts, preliminary and permanent injunctive relief;

4.   For the Third Count, restitution;

5.   For the Third Count, attorney's fees;

5.   For pre-judgment interest according to proof;

6.   For such other and further relief as the Court deems just and proper.

Dated:  June 10, 2026                    PROSPERA LAW, LLP


By:____/s/ Shane W. Tseng_____
      SHANE W. TSENG
      Attorneys for Plaintiff
      BLOOMNATION, INC.

8

COMPLAINT