NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Shane W. Tseng (State Bar No. 200597)
PROSPERA LAW, LLP
1901 Avenue of the Stars, Suite 480
Los Angeles, California 90067
(424) 239-1890

ATTORNEY(S) FOR:  Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BloomNation, Inc.<br><br>Plaintiff(s),<br><br>v.<br><br>Bloomerang Solutions, LLC;<br>Art Conforti<br><br>Defendant(s) | CASE NUMBER:<br><br>2:26-cv-06333<br><br>**CERTIFICATION AND NOTICE**<br>**OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Plaintiff BloomNation, Inc. _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| BLOOMNATION, INC. | PLAINTIFF |
| BLOOMERANG SOLUTIONS, LLC | DEFENDANT |
| ART CONFORTI | DEFENDANT |

June 10, 2026
Date

/s/ Shane W. Tseng
Signature

Attorney of record for (or name of party appearing in pro per):

Shane W. Tseng, Esq. - Attorney for Plaintiff

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**