# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| | CASE NUMBER: |
| BLOOMNATION, INC. | |
| PLAINTIFF(S) | 2:26−cv−06333−RGK−PD |
| v. | |
| BLOOMERANG SOLUTIONS LLC , et al. | |
| DEFENDANT(S). | **NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

## PLEASE TAKE NOTICE:

The following problem(s) have been found with your electronically filed document:

   7/20/26           8,9, 10               Request for Summons   

Date Filed          Doc. No.       Title of Doc.

**ERROR(S) WITH DOCUMENT:**

The case number and/or judge(s) initials are incorrect.

*Other Error(s):*

Case number and Judge's initials incorrect as : "26":26−cv−6333 "RSK" (PDx). The Official correct case number is to read as 2:26−cv−6333 RGK (PDx)

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

Clerk, U.S. District Court

Date:  July 13, 2026          By:   /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*  
                                      Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

– NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS –