Shane W. Tseng (State Bar No. 200597)
stseng@prosperalaw.com
PROSPERA LAW, LLP
1901 Avenue of the Stars, Suite 480
Los Angeles, California 90067
Telephone: (424) 239-1890
Facsimile: (424) 239-1882

Attorneys for Plaintiff
BLOOMNATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BLOOMNATION, INC., a Delaware corporation,

Plaintiff,

vs.

BLOOMERANG SOLUTIONS LLC, a Florida limited liability company, ART CONFORTI, an individual, and DOES 1-20, inclusive,

Defendants.

Case No.: 2:26-cv-06333 RGK (PDx)

PROOF OF SERVICE OF SUMMONS ON DEFENDANT BLOOMERANG SOLUTIONS LLC PURSUANT TO CAL. CIV. PROC. CODE § 415.40

TO THE COURT AND ALL PARTIES:

Please be advised that plaintiff BloomNation, Inc. served defendant Bloomerang Solutions LLC ("Bloomerang") by certified mail on August 3, 2026 pursuant to Fed. R. Civ. P. 4(e)(1) and section 415.40 of the California Code of Civil Procedure. Pursuant to section 415.40 of the California Code of Civil Procedure, service was effective ten (10) days after mailing – or on August 13, 2026.

Attached as Exhibit A is the proof of mailing, executed by Marco Morales. Mr. Morales served Bloomerang the following documents in this action: (1) Summons in a Civil Action, (2) Complaint; (3) Certification of Interested Parties (Local Rule 7.1-1), (4) Notice of Assignment to United States Judges, (5) Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge, (6) Notice to Parties of Court-Directed ADR Program, (7) Notice to Parties: Court Policy on Settlement and Use of Alternative Dispute Resolution (ADR), and (8) Standing Order Regarding Newly Assigned Cases.

Attached as Exhibits B and C are the declarations of due diligence, executed by Steven Zawacki, regarding plaintiff's efforts to serve the summons on defendant prior to serving him by mail, pursuant to section 415.40 of the California Code of Civil Procedure.

Dated: August 28, 2026

PROSPERA LAW, LLP

By: */s/ Shane W. Tseng*
SHANE W. TSENG
Attorneys for Plaintiff
BLOOMNATION, INC.

# EXHIBIT A

| [ATTORNEY OR PARTY WITHOUT ATTORNEY (name and address)]<br>Shane W. Tseng (SBN 200597)<br>**PROSPERA LAW, LLP**<br>1901 Avenue of the Stars, Suite 480<br>Los Angeles, California 90067<br>(t) (424) 239-1890 I (f) (424) 239-1882<br>Attorney(s) for: Plaintiff Bloomnation, Inc.<br>REFERENCE No.: PROLA-0210558.KW | | | | ***FOR COURT USE ONLY*** |
|---|---|---|---|---|
| **PROOF OF MAILING** | | | | |
| Plaintiff/Petitioner: Bloomnation, Inc. a Delaware corporation<br>Defendant/Respondent: Bloomerang Solutions LLC, et al. | | | | |
| **PROOF OF MAILING** | DATE: | TIME: | DEPT.: | CASE NUMBER<br>2:26-cv-06333 RGK (PDx) |

**At the time of mailing, I was at least 18 years old and not a party to the action**

1. I mailed the following documents:

Summons in a Civil Action; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (Local Rule 7.1-1); Notice of Assignment to United States Judges; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Notice to Parties of Court-Directed ADR Program; Notice to Parties: Court Policy on Settlement and Use of Alternative Dispute Resolution (ADR); Standing Order Regarding Newly Assigned Cases

2. (a) Addressed as follows:
BLOOMERANG SOLUTIONS LLC, a Florida Limited Liability Company
9040 TOWN CENTER PKWY.
LAKEWOOD RANCH, FL 34202

(b) [X] Business [ ] Residence [ ] Other

3. On: 08/03/26

4. Place: Los Angeles

5. Type of mailing: Certified [9589 0710 5270 4676 9471 92]

6. Person mailing:
MARCO MORALES
EXPRESS NETWORK
P.O. BOX 861057
LOS ANGELES, CALIFORNIA 90086
(213) 975-9850

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 08/12/26 Marco Morales

9589 0710 5270 4676 9471 92

**U.S. Postal Service™**

**CERTIFIED MAIL® RECEIPT**

***Domestic Mail Only***

For delivery information, visit our website at *www.usps.com®*.

Bradenton, FL 34202

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ | $5.55 |
| | $4.65 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $3.14 |
| Total Postage and Fees $ | $13.34 |

Postmark Here

ELES CA 90057

08/03/2026

Sent To

BLOOMERANG SOLUTIONS LLC, a Florida Limited Liability Company c/o Art Conforti

Street and Apt. No., or PO Box No.

9040 Town Center Pkwy.

City, State, ZIP+4®

Lakewood Ranch, FL 34202

**PS Form 3800, January 2023** PSN 7530-02-000-9047 **See Reverse for Instructions**

# EXHIBIT B

| ATTORNEY (S) NAME & ADDRESS<br>SHANE W. TSENG (SBN 200597)<br>**PROSPERA LAW, LLP**<br>1901 AVENUE OF THE STARS, SUITE 480<br>LOS ANGELES, CA, CA 90067<br>Tel. No.: (424) 239-1890 Fax No.: (424) 239-1882<br>*Attorney(s) for:* Plaintiff, BLOOMNATION, INC<br>*Ref:* PROLA-0209791.KW | **FOR COURT USE ONLY** |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| **PLAINTIFF/PETITIONER:** BLOOMNATION, INC., a Delaware corporation<br>**DEFENDANT/RESPONDENT:** BLOOMERANG SOLUTIONS LLC, et al. | |
| **DECLARATION OF DUE DILIGENCE** | CASE #:<br>2:26-cv-06333 RGK (PDx) |

I, STEVEN T. ZAWACKI , declare that I have personal, first hand knowledge of the following facts, and if called and sworn as a witness, I can and will testify comptentaly thereto. I and any employees or agents retained by **EXPRESS NETWORK, 1605 W. Olympic Blvd., #800, Los Angeles, California 90015 (213) 975-9850,** are and were on the dates mentioned herein over the age if 18 years and not a party to this action.

On July 14, 2026 , Express Network received the following document(s):

Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of Assignment to United States Judges; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Notice to Parties of Court-Directed ADR Program; Notice to Parties: Court Policy on Settlement and Use of Alternative Dispute Resolution (ADR); Certification and Notice of Interested Parties (Local Rule 7.1-1); Standing Order Regarding Newly Assigned Cases;

to be served on **BLOOMERANG SOLUTIONS LLC, a Florida Limited Liability Company** at the following address:

**[BUSINESS] 6981 CURTISS AVENUE, SUITE 8 , SARASOTA , FL 34231**

**ATTEMPT #1, 07/22/26 @ 12:12 PM:** This is a company called (BrightStar Care). I spoke with Jamie Weatherford, who is the Director of Operations and she advised that this company or person has not been here for 5 years. They still get all his mail and return it to sender.

Person serving:
STEVEN T. ZAWACKI
EXPRESS NETWORK
P.O. BOX 861057
LOS ANGELES, CALIFORNIA 90086
(213) 975-9850

Fee for Service: 290.00
☒ Not A Registered California Process Server
☐ Registered California Process Server
(1) Employee or Independent Contractor
(2) Registration No.:
(3) County:

*I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: July 29, 2026

**DECLARATION OF DUE DILIGENCE**

# EXHIBIT C

| ATTORNEY (S) NAME & ADDRESS<br>SHANE W. TSENG (SBN 200597)<br>**PROSPERA LAW, LLP**<br>1901 AVENUE OF THE STARS, #480<br>LOS ANGELES, CA, CA 90067<br>Tel. No.: (424) 239-1890 Fax No.: (424) 239-1882<br>*Attorney(s) for:* BLOOMNATION, INC.<br>*Ref:* PROLA-0210200.KW | **FOR COURT USE ONLY** |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| **PLAINTIFF/PETITIONER:** BLOOMNATION, INC., a Delaware corporation<br>**DEFENDANT/RESPONDENT:** BLOOMERANG SOLUTIONS LLC, et al. | |
| **DECLARATION OF DUE DILIGENCE** | CASE #:<br>2:26-cv-06333 RGK (PDx) |

I, STEVEN T. ZAWACKI , declare that I have personal, first hand knowledge of the following facts, and if called and sworn as a witness, I can and will testify comptentaly thereto. I and any employees or agents retained by **EXPRESS NETWORK, 1605 W. Olympic Blvd., #800, Los Angeles, California 90015 (213) 975-9850,** are and were on the dates mentioned herein over the age if 18 years and not a party to this action.

On July 23, 2026 , Express Network received the following document(s):
Summons in a Civil Action; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (Local Rule 7.1-1); Notice of Assignment to United States Judges; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Notice to Parties of Court-Directed ADR Program; Notice to Parties: Court Policy on Settlement and Use of Alternative Dispute Resolution (ADR); Standing Order Regarding Newly Assigned Cases

to be served on **BLOOMERANG SOLUTIONS LLC, a Florida Limited Liability Company** at the following address:

**BUSINESS 9040 TOWN CENTER PKWY. , LAKEWOOD RANCH , FL 34202**

**ATTEMPT #1, 07/29/26 @ 9:59 AM:** I arrived at the given address. This location is ComCenter Executive Suites. I spoke with the Lisa, Receptionist of the Executive Suites, and she advised me that Art Conforti uses this facility for mailing purposes and meetings when he has them. He is rarely ever in. She sent him an email with all the my (servers) information to have him reach out.

Person serving:
STEVEN T. ZAWACKI
EXPRESS NETWORK
P.O. BOX 861057
LOS ANGELES, CALIFORNIA 90086
(213) 975-9850

Fee for Service: 290.00
☒ Not A Registered California Process Server
☐ Registered California Process Server
(1) Employee or Independent Contractor
(2) Registration No.:
(3) County:

*I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: August 12, 2026 ______________________

**DECLARATION OF DUE DILIGENCE**