UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-06333-RGK-PD | Date | September 11, 2026 |
| Title | ***BloomNation, Inc. v. Bloomerang Solutions, LLC, et al.*** | | |

| | | |
|---|---|---|
| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order Re: Plaintiff's Request for Default [23, 24]**

Service was not properly effectuated on Bloomerang Solutions LLC and Art Conforti ("Defendants"). California Code of Civil Procedure § 415.40 states that valid service is completed on a person out of state by sending a copy of the summons and complaint via first-class mail, postage prepaid, **requiring a return receipt.** Here, Plaintiff attached a copy of the certified mail receipts, but not the return receipts. *See Harrison v. Harrison*, 2018 WL 460796, at *3 (Cal. App. Jan. 18, 2018) ("The proof that a summons was served outside the state 'shall include evidence satisfactory to the court establishing actual delivery to the person to be served, by a signed return receipt or other evidence.'") (quoting Cal. Code Civ. P. § 417.20). Thus, the Court cannot determine if service was actually effectuated on Defendants.

Accordingly, the Court declines to direct the Court to enter default against Defendants. Plaintiff's request for default is **DENIED.**

Plaintiff, by this order, shall have an additional 21 days to serve the Complaint. Accordingly, the Order to Show Cause [22] is continued to October 2, 2026.

**IT IS SO ORDERED.**

:

Initials of Preparer JRE