Shane W. Tseng (State Bar No. 200597)
stseng@prosperalaw.com
PROSPERA LAW, LLP
1901 Avenue of the Stars, Suite 480
Los Angeles, California 90067
Telephone: (424) 239-1890
Facsimile: (424) 239-1882

Attorneys for Plaintiff
BLOOMNATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLOOMNATION, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BLOOMERANG SOLUTIONS LLC, a Florida limited liability company, ART CONFORTI, an individual, and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-06333 RGK (PDx)<br><br>PROOF OF SERVICE OF SUMMONS ON DEFENDANT BLOOMERANG SOLUTIONS LLC PURSUANT TO CAL. CIV. PROC. CODE § 415.40(b) |

TO THE COURT AND ALL PARTIES:

Please be advised that plaintiff BloomNation, Inc. served defendant Bloomerang Solutions LLC ("Bloomerang") by substitute service on September 23, 2026 pursuant to Fed. R. Civ. P. 4(e)(1) and section 415.40(b) of the California Code of Civil Procedure. Substitute service was made on an adult co-resident at the personal address of Bloomerang's President, Art Conforti. During a prior visit by plaintiff's process server at the address, Mr. Conforti confirmed over the phone that the address was his personal residence. On September 24, 2026, plaintiff mailed the summons and the other service package to the same address. Pursuant to section 415.40(b) of the California Code of Civil Procedure, service was effective ten (10) days after mailing – or on October 4, 2026.

Attached as Exhibit A is the proof of substitute service on September 23, 2026, executed by Steven T. Zawacki. Mr. Zawacki served Bloomerang the following documents in this action: (1) Summons in a Civil Action, (2) Complaint; (3) Civil Cover Sheet, (4) Certification of Interested Parties (Local Rule 7.1-1), (5) Notice of Assignment to United States Judges, (6) Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge, (7) Notice to Parties of Court-Directed ADR Program, (8) Notice to Parties: Court Policy on Settlement and Use of Alternative Dispute Resolution (ADR), and (9) Standing Order Regarding Newly Assigned Cases. Attached as Exhibit B is the proof of service by mail on September 24, 2026, executed by Felix Rosenbaum.

Attached as Exhibit C are the declarations of due diligence, executed by Ms. Shelly Huffman and Mr. Zawacki, regarding plaintiff's efforts to serve the summons on defendant previously at Mr. Conforti's personal residence, Bloomerang's address registered with the Florida Secretary of State, and another confirmed address used by Bloomerang. Ms. Huffman's declaration also memorializes Mr. Conforti's

confirmation that the address at which service was performed is his personal residence.

Dated: October 1, 2026 PROSPERA LAW, LLP

By: */s/ Shane W. Tseng*
SHANE W. TSENG
Attorneys for Plaintiff
BLOOMNATION, INC.

# EXHIBIT A

**POS-010**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:
SHANE W. TSENG (SBN 200597)
**PROSPER LAW, LLP**
1901 AVENUE OF THE STARS, SUITE 480
LOS ANGELES, CA 90067
TELEPHONE NO.: (424) 239-1890 FAX NO. *(Optional)*: (424) 239-1882
E–MAIL ADDRESS *(Optional)*: stseng@prosperalaw.com
ATTORNEY FOR *(Name)*: Plaintiff, BLOOMNATION, INC.

FOR COURT USE ONLY

**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

PLAINTIFF/PETITIONER: BLOOMNATION, INC., a Delaware corporation

DEFENDANT/RESPONDENT: BLOOMERANG SOULTIONS LLC, a Florida limited liability company, et al.

CASE NUMBER: **2:26-CV-06333-RGK-PD**

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: PROLA-0212712.AN

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons In a Civil Action
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) Package
   d. ☑ Civil Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ Other *(specify documents)*: NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES ; NOTICE OF INTERESTED PARTIES ; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE ; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM ; STANDING ORDER REGARDING NEWLY ASSIGNED CASE
3. a. Party served *(specify name of party as shown on documents served)*:
   BLOOMERANG SOLUTIONS LLC, A FLORIDA LIMITED LIABILITY COMPANY

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

   Arthur F. Conforti, Agent for Service of Process
4. Address where the party was served: 3010 Grand Bay Boulevard, Unit 445, Longboat Key, FL 34228
5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: (2) at *(time)*:
   b. ☑ **by substituted service.** On *(date)*: **09/23/26** at *(time)*: **4:30 PM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      **LISA HARRIMAN, (CO-RESIDENT)**

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☑ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ.Proc., § 415.20). I mailed the documents on *(date)*: from *(city)*: or ☑ a declaration of mailing is attached.

| PLAINTIFF/PETITIONER: BLOOMNATION, INC., a Delaware corporation | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: BLOOMERANG SOULTIONS LLC, a Florida limited liability company, et al. | 2:26-CV-06333-RGK-PD |

(5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

5\. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date)*: (2) from *(city)*:

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgement of Receipt).* (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6\. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify)*:
c. ☑ as occupant.
d. ☐ On behalf of *(specify)*:
under the following Code of Civil Procedure section:

☐ 416.10 (corporation)
☐ 416.20 (defunct corporation)
☐ 416.30 (joint stock company/association)
☐ 416.40 (association or partnership)
☐ 416.50 (public entity)
☐ 415.95 (business organization, form unknown)
☐ 416.60 (minor)
☐ 416.70 (ward or conservatee)
☐ 416.90 (authorized person)
☐ 415.46 (occupant)
☐ other:

7\. **Person who served papers**

a. Name: Steven T. Zawacki
b. Address: PO Box 861057, Los Angeles, California 90086
c. Telephone number: (213) 975-9850
d. **The fee** for service was: $ 577.50
e. I am:

(1) ☑ not a registered California process server.
(2) ☐ exempt from registration under Business and Professions Code section 22350(b).
(3) ☐ registered California process server:
(i) ☐ owner ☐ employee ☑ independent contractor
(ii) Registration No.:
(iii) County:

8\. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9\. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 09/30/26

Steven T. Zawacki
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

| UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA | **FOR COURT USE ONLY** |
|---|---|
| **SHORT TITLE OF CASE:** BLOOMNATION, INC., a Delaware corporation VS. BLOOMERANG SOULTIONS LLC, a Florida limited liability company, et al. | |
| **ATTORNEY (S) NAME & ADDRESS**<br>SHANE W. TSENG (SBN 200597)<br>PROSPER LAW, LLP<br>1901 AVENUE OF THE STARS, SUITE 480<br>LOS ANGELES, CA 90067<br>4242391890<br>PROLA-0212712.AN | |
| **DECLARATION OF DUE DILIGENCE** | **CASE #: 2:26-CV-06333-RGK-PD** |

At the time of service attempt(s), I was at least 18 years old and not a party to the action

On 09/15/26 , Express Network received the following document(s):

SUMMONS IN A CIVIL ACTION ; COMPLAINT ; CIVIL COVER SHEET ; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES ; NOTICE OF INTERESTED PARTIES ; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE ; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM ; STANDING ORDER REGARDING NEWLY ASSIGNED CASE

to be served on **BLOOMERANG SOLUTIONS LLC, A FLORIDA LIMITED LIABILITY COMPANY** : at the following address:

**(Residence) 3010 Grand Bay Boulevard, Unit 445, Longboat Key, FL 34228**

09/23/26 at 04:30 PM
I arrived to location and Served Lisa Harriman: co-resident.

Person serving:
Steven T. Zawacki
EXPRESS NETWORK
P.O. BOX 861057
LOS ANGELES, CALIFORNIA 90086
(213) 975-9850

Fee for Service: 290.00
☒ Not A Registered California Process Server
☐ Registered California Process Server
(1) Employee or Independent Contractor
(2) Registration No.:
(3) County:

*I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: 09/30/26

Proof of Service complies with CRC 982(a)(23) as required by CCP 417.10

**DECLARATION OF DUE DILIGENCE**

# EXHIBIT B

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address)<br>SHANE W. TSENG (SBN 200597)<br>PROSPER LAW, LLP<br>1901 AVENUE OF THE STARS, SUITE 480<br>LOS ANGELES, CA 90067<br>(424)239-1890<br>Attorney(s) for: Plaintiff, BLOOMNATION, INC.<br>Ref: PROLA-0212712.AN | | | | *FOR COURT USE ONLY* |
|---|---|---|---|---|
| UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA | | | | |
| BLOOMNATION, INC., a Delaware corporation<br>vs. BLOOMERANG SOULTIONS LLC, a Florida limited liability company, et al. | | | | |
| **PROOF OF MAILING** | DATE: | TIME: | DEPT | CASE NUMBER:<br>**2:26-CV-06333-RGK-PD** |

**At the time of mailing, I was at least 18 years old and not a party to the action**

1. I mailed the following documents:
SUMMONS IN A CIVIL ACTION ; COMPLAINT ; CIVIL COVER SHEET ; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES ; NOTICE OF INTERESTED PARTIES ; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE ; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM ; STANDING ORDER REGARDING NEWLY ASSIGNED CASE

2. (a) Addressed as follows:
BLOOMERANG SOLUTIONS LLC, A FLORIDA LIMITED LIABILITY COMPANY
3010 Grand Bay Boulevard, Unit 445,
Longboat Key, FL 34228

(b) ☐ Business ☒ Residence ☐ Other

3. On: 09/24/26

4. Place: Los Angeles, California 90015

5. Type of mailing: First Class

6. Person mailing:
FELIX ROSENBAUM
EXPRESS NETWORK
P.O. BOX 861057
LOS ANGELES, CALIFORNIA 90086
(213) 975-9850

7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 09/30/26 Felix Rosenbaum

# EXHIBIT C

| UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA | **FOR COURT USE ONLY** |
|---|---|
| **SHORT TITLE OF CASE:** BLOOMNATION, INC., a Delaware corporation VS. BLOOMERANG SOULTIONS LLC, a Florida limited liability company, et al. | |
| **ATTORNEY (S) NAME & ADDRESS**<br>SHANE W. TSENG (SBN 200597)<br>PROSPER LAW, LLP<br>1901 AVENUE OF THE STARS, SUITE 480<br>LOS ANGELES, CA 90067<br>4242391890<br>PROLA-0212712.AN | |
| **DECLARATION OF DUE DILIGENCE** | **CASE #: 2:26-CV-06333-RGK-PD** |

At the time of service attempt(s), I was at least 18 years old and not a party to the action

On 09/15/26 , Express Network received the following document(s):

SUMMONS IN A CIVIL ACTION ; COMPLAINT ; CIVIL COVER SHEET ; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES ; NOTICE OF INTERESTED PARTIES ; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE ; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM ; STANDING ORDER REGARDING NEWLY ASSIGNED CASE

to be served on **BLOOMERANG SOLUTIONS LLC, A FLORIDA LIMITED LIABILITY COMPANY** at the following address:

**(Residence) 3010 Grand Bay Boulevard, Unit 445, Longboat Key, FL 34228**

09/19/26 at 02:35 PM
I arrived and could not gain access to the condo unit. There were 2 security posts and then a call directory in order to proceed to gain access, 3 authorization zones in order to gain entry. Both securities gave me access but upon arriving at the 3rd entry point at the building - I used the call directory where the subject/agent was on and the subject/agent answered. He informed me he was not in town at the moment and will be back next week but did not specify when and hung up upon trying to gain more info on the subject/agent's schedule. There were no other response to my efforts.

Person serving:
Shelly Huffman
EXPRESS NETWORK
P.O. BOX 861057
LOS ANGELES, CALIFORNIA 90086
(213) 975-9850

Fee for Service: 290.00
☒ Not A Registered California Process Server
☐ Registered California Process Server
(1) Employee or Independent Contractor
(2) Registration No.:
(3) County:

*I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: 09/30/26

Proof of Service complies with CRC 982(a)(23) as required by CCP 417.10

**DECLARATION OF DUE DILIGENCE**

ATTORNEY (S) NAME & ADDRESS
SHANE W. TSENG (SBN 200597)
**PROSPERA LAW, LLP**
1901 AVENUE OF THE STARS, #480
LOS ANGELES, CA, CA 90067
Tel. No.: (424) 239-1890 Fax No.: (424) 239-1882
*Attorney(s) for:* BLOOMNATION, INC.
*Ref:* PROLA-0210200.KW

FOR COURT USE ONLY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**PLAINTIFF/PETITIONER:** BLOOMNATION, INC., a Delaware corporation
**DEFENDANT/RESPONDENT:** BLOOMERANG SOLUTIONS LLC, et al.

**DECLARATION OF DUE DILIGENCE**

CASE #: 2:26-cv-06333 RGK (PDx)

I, STEVEN T. ZAWACKI , declare that I have personal, first hand knowledge of the following facts, and if called and sworn as a witness, I can and will testify comptentaly thereto. I and any employees or agents retained by **EXPRESS NETWORK, 1605 W. Olympic Blvd., #800, Los Angeles, California 90015 (213) 975-9850,** are and were on the dates mentioned herein over the age if 18 years and not a party to this action.

On July 23, 2026 , Express Network received the following document(s):
Summons in a Civil Action; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (Local Rule 7.1-1); Notice of Assignment to United States Judges; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Notice to Parties of Court-Directed ADR Program; Notice to Parties: Court Policy on Settlement and Use of Alternative Dispute Resolution (ADR); Standing Order Regarding Newly Assigned Cases

to be served on **BLOOMERANG SOLUTIONS LLC, a Florida Limited Liability Company** at the following address:

**BUSINESS 9040 TOWN CENTER PKWY. , LAKEWOOD RANCH , FL 34202**

**ATTEMPT #1, 07/29/26 @ 9:59 AM:** I arrived at the given address. This location is ComCenter Executive Suites. I spoke with the Lisa, Receptionist of the Executive Suites, and she advised me that Art Conforti uses this facility for mailing purposes and meetings when he has them. He is rarely ever in. She sent him an email with all the my (servers) information to have him reach out.

Person serving:
STEVEN T. ZAWACKI
EXPRESS NETWORK
P.O. BOX 861057
LOS ANGELES, CALIFORNIA 90086
(213) 975-9850

Fee for Service: 290.00
☒ Not A Registered California Process Server
☐ Registered California Process Server
(1) Employee or Independent Contractor
(2) Registration No.:
(3) County:

*I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: August 12, 2026

______________________________

ATTORNEY (S) NAME & ADDRESS
SHANE W. TSENG (SBN 200597)
**PROSPERA LAW, LLP**
1901 AVENUE OF THE STARS, SUITE 480
LOS ANGELES, CA, CA 90067
Tel. No.: (424) 239-1890 Fax No.: (424) 239-1882
*Attorney(s) for:* Plaintiff, BLOOMNATION, INC
*Ref:* PROLA-0209791,KW

FOR COURT USE ONLY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**PLAINTIFF/PETITIONER:** BLOOMNATION, INC., a Delaware corporation
**DEFENDANT/RESPONDENT:** BLOOMERANG SOLUTIONS LLC, et al.

**DECLARATION OF DUE DILIGENCE**

CASE #:
2:26-cv-06333 RGK (PDx)

I, STEVEN T. ZAWACKI , declare that I have personal, first hand knowledge of the following facts, and if called and sworn as a witness, I can and will testify comptentaly thereto. I and any employees or agents retained by **EXPRESS NETWORK, 1605 W. Olympic Blvd., #800, Los Angeles, California 90015 (213) 975-9850,** are and were on the dates mentioned herein over the age if 18 years and not a party to this action.

On July 14, 2026 , Express Network received the following document(s):
Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of Assignment to United States Judges; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Notice to Parties of Court-Directed ADR Program; Notice to Parties: Court Policy on Settlement and Use of Alternative Dispute Resolution (ADR); Certification and Notice of Interested Parties (Local Rule 7.1-1); Standing Order Regarding Newly Assigned Cases;

to be served on **BLOOMERANG SOLUTIONS LLC, a Florida Limited Liability Company** at the following address:
**[BUSINESS] 6981 CURTISS AVENUE, SUITE 8 , SARASOTA , FL 34231**

**ATTEMPT #1, 07/22/26 @ 12:12 PM:** This is a company called (BrightStar Care). I spoke with Jamie Weatherford, who is the Director of Operations and she advised that this company or person has not been here for 5 years. They still get all his mail and return it to sender.

Person serving:
STEVEN T. ZAWACKI
EXPRESS NETWORK
P.O. BOX 861057
LOS ANGELES, CALIFORNIA 90086
(213) 975-9850

Fee for Service: 290.00
☒ Not A Registered California Process Server
☐ Registered California Process Server
(1) Employee or Independent Contractor
(2) Registration No.:
(3) County:

*I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: July 29, 2026