Shane W. Tseng (SBN 200597)
PROSPERA LAW, LLP
1901 Avenue of the Stars, Suite 480
Los Angeles, California 90067
Telephone: (424) 239-1890
Facsimile: (424) 239-1882
E-mail: stseng@prosperalaw.com

Attorneys for Plaintiff
BLOOMNATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BLOOMNATION, INC., a Delaware corporation,

Plaintiff,

vs.

BLOOMERANG SOLUTIONS LLC, a Florida limited liability company, ART CONFORTI, an individual, and DOES 1-20, inclusive,

Defendants.

Case No.: 2:26-cv-06333-RGK-PD

*[Assigned to the Hon. R.Gary Klausner; Courtroom 850]*

**REQUEST FOR ENTRY OF DEFAULT FOR DEFENDANT ARTI CONFORTI**

[ Fed. R. Civ. P. 55(a) ]

Complaint Filed: June 10, 2026
Trial Date: N/a

[Filed concurrently with Declaration of Shane W. Tseng]

**TO THE CLERK OF THE ABOVE-ENTITLED COURT**:

Pursuant to Federal Rule of Civil Procedure 55(a), plaintiff BloomNation, Inc. ("Plaintiff") hereby request that the Clerk enter default in this action against defendant Art Conforti ("Defendant"). Default should be entered because Defendant has not appeared in this action or responded to Plaintiff's complaint within the time prescribed by Federal Rule of Civil Procedure 12. The facts justifying entry of default are supplied by the accompanying Declaration of Shane W. Tseng in Support of Request for Entry of Default for Defendant Art Conforti.

Dated: November 4, 2026

Respectfully submitted,

PROSPERA LAW, LLP

By: ______________________________
SHANE W. TSENG
Attorneys for Plaintiff
BLOOMNATION, INC.

**PROOF OF SERVICE**

I am employed in the City and County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1901 Avenue of the Stars, Suite 480, Los Angeles, California 90067-2516.

On **November 4, 2026**, I served the foregoing document described as follows:

**REQUEST FOR ENTRY OF DEFAULT**
**FOR DEFENDANT ARTI CONFORTI**

on the interested parties in this action, addressed as follows:

Art Conforti
3010 Grand Bay Boulevard, Unit 445,
Longboat Key, FL 34228

*Defendant*

**BY U.S. MAIL:** I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **November 4, 2026**, at Los Angeles, California.

Eliza Batongmalaki